Cory A. Baskin (SBN 240517)
cb@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel: 818.296.9508

Joshua L. Seifert (SBN 296399)
jseifert@seifertpllc.com
Joshua L. Seifert PLLC
251 South Lake Avenue, Suite 800
Pasadena, California 91101
Tel: 646.470.2746

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANNI SUTANIMAN and SAMUEL KUPERSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AXOS BANK, d/b/a/ UFB DIRECT,<br><br>Defendant. | Case No. 3:23-cv-02266-RSH-SBC<br>Assigned to the Honorable Robert S. Huie<br>Courtroom: 3B<br><br>**CLASS ACTION**<br><br>**NOTICE OF RELATED CASE**<br><br>Complaint filed: December 12, 2023 |

1   TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to Local Rule 40.1(f) and (g), plaintiffs' counsel in the above-referenced litigation hereby files this Notice of Related Case. This class action involves a classic bait and switch by Defendant Axos Bank d/b/a UFB Direct's ("UFB"). Plaintiffs allege UFB fraudulently lures customers into what it advertises as its "variable" and "highest yielding savings account we offer," but then, without notice, downgrades and reclassifies those customers' accounts into so-called "legacy" accounts, freezing and/or decreasing their promised "highest-yielding" annual percentage yield ("APY"). UFB then covertly changes the name of the "highest-yielding savings accounts we offer," which it offers with a higher APY to new customers. Over less than a two-year period, UFB repeated this scam no less than **ten times**. As a result of the Bank's APY manipulations, UFB has cheated Plaintiffs and putative class members out of substantial amounts in lost interest.

The actions identified below involve the same defendant (Defendant Axos Bank d/b/a UFB Direct), are based on nearly identical claims, involve the same transactions and events, substantially the same facts, and the same questions of law. Assignment to a single District Judge and Magistrate Judge is therefore likely to effect a savings of judicial effort and other economies and avoid inconsistent rulings:

| CASE | CIVIL NO. | DATE FILED |
|---|---|---|
| *Blosser v. Axos Bank, et al.* | 3:24-cv-00259-WQH-BLM | February 8, 2024 |
| *Sutaniman v. Axos Bank* | 3:23-cv-02266-RSH-SBC | December 12, 2023 |

WHEREFORE, Plaintiffs Sutaniman and Kuperstein hereby join in the following request, which is simultaneously being made by the plaintiff in *Blosser v. Axos Bank*, No. 3:24-cv-00259-WQH-BLM:

That *Blosser v. Axos* be assigned to the Honorable Robert S. Huie and the Honorable Steve B. Chu, the Judges assigned to this, the low-numbered action; and

1  That all subsequent related actions be assigned to the Honorable Robert S. Huie and the Honorable Steve B. Chu.

Dated: February 9, 2024

Respectfully submitted,

witkow | baskin

Joshua L. Seifert PLLC

By: /s/ Cory A. Baskin
    Cory A. Baskin

Attorneys for *Plaintiffs and the Proposed Class*